**Electronically Filed
Supreme Court
SCWC-23-0000384
09-APR-2026
12:13 PM
Dkt. 7 ODAC**

SCWC-23-0000384

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

J.R., Respondent/Plaintiff-Appellee,

vs.

I.R., now known as I.S., Petitioner/Defendant-Appellant.
(CASE NO. 1DV141007523)

---

I.R., now known as I.S., Appellant,

vs.

CHILD SUPPORT ENFORCEMENT AGENCY, STATE OF HAWAIʻI,
and J.R., Appellees.
(CASE NO. 1FAL-22-0000001)
(RELATED MATTER)

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000384; CASE NO. 1DV141007523)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Hamman, assigned by reason of vacancy)

Petitioner's Application for Writ of Certiorari, filed on February 27, 2026, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, April 9, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Kirstin M. Hamman

